MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL
A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
ROBERT LANGE

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation No.: 6:10-mj-00211 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE |
| ) | FOR DEFENDANT ROBERT LANGE |
| vs. ) | STATUS CONFERENCE; PROPOSED |
| ) | ORDER |
| ROBERT LANGE, ) | |
| ) | |
| Defendant. ) | Date:  March 22, 2011 |
| ) | Time: 10:00 a.m. |
| ) | Place: Yosemite Court |
| ) | |
| ) | |
| ) | |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1.   The hearing on Defendant ROBERT LANGE'S status conference presently scheduled for February 8, 2011 at 10:00am, may be continued until March 22, 2011 at 10:00 a.m.   The reasons for this continuance is so that Defendant ROBERT LANGE's counsel, Michael E. Mitchell, can pursue settlement discussions with the Government.   Defendant ROBERT LANGE excludes time under the Speedy Trial Act till March 22, 2011.

Dated: February 7, 2011          /s/ Michael E. Mitchell
                                 Attorney for Defendant

Dated: February 7, 2011          /s/ Susan St. Vicent
                                 Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE STATUS CONFERENCE OF ROBERT LANGE - 1

**ORDER**

IT IS SO ORDERED.

Dated:   February 7, 2011            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE