MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL
A PROFESSIONAL CORPORATION**
285 W. Shaw Avenue, Suite 101
Fresno, California 93704
Telephone:   (559) 222-2424
Facsimile:    (559) 222-2434

Attorney for Defendant:
ROBERT LANGE

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>           Plaintiff,    )<br>                    )<br>     vs.            )<br>                    )<br>ROBERT LANGE,         )<br>                    )<br>           Defendant.   )<br>                    )<br>                    )<br>                    )<br>                    )<br>                    )<br>_____) | Citation No.: 6:10-mj-00211<br><br>STIPULATION TO CONTINUE DATE FOR DEFENDANT ROBERT LANGE STATUS CONFERENCE; ORDER<br><br>Date: April 20, 2011<br>Time: 10:00 a.m.<br>Place: Yosemite Court |

The parties, by and through their undersigned attorneys, hereby stipulate as follows: The hearing on Defendant ROBERT LANGE'S Status Conference presently scheduled for April 06, 2011 at 10:00 am, may be continued until April 20, 2011 at 10:00 a.m.  The reason for this continuance is to reset the matter for entry of plea and sentencing.  Defendant ROBERT LANGE excludes time under the Speedy Trial Act till April 20, 2011.

Dated: April 01, 2011          /s/ Michael E. Mitchell
                               Attorney for Defendant

Dated: April 01, 2011          /s/ Susan St. Vicent
                               Legal Officer/National Park Service

STIPULATION BY THE PARTIES TO CONTINUE STATUS CONFERENCE OF ROBERT LANGE - 1

**ORDER**

The Stipulation is rejected.  This matter has been pending since December 2, 2010.  Counsel for the parties (and Defendant if a plea agreement has been offered and accepted) are to appear at 10:00 AM April 6, 2011.

IT IS SO ORDERED.

Dated:   April 4, 2011                                    /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE